UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) | 2:05-cv-01877-GEB-PAN |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | (PRETRIAL SCHEDULING) |
| ) | CONFERENCE |
| MILO L. HEWITT, JR. and PATRICIA ) | |
| HEWITT, each Individually and ) | |
| each as TRUSTEES of the MILO L. ) | |
| HEWITT, JR. FAMILY TRUST; and ) | |
| DOES 1 through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

Plaintiff's Status Report filed November 21, 2005, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference currently scheduled for December 12, 2005, is

/////

/////

/////

/////

/////

/////

1

continued to February 21, 2006, at 9:00 a.m.  A joint status report shall be filed no later than February 7, 2006.[1]

IT IS SO ORDERED.

DATED:  December 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.